# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Career Agents Network, Inc. | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:09-cv-12269 |
| v. | ) | |
| careeragentsnetwork.biz et al | ) | Hon. Robert H. Cleland |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:   careeragentnetwork.biz

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joan H. Lowenstein
Jaffe, Raitt,
201 S. Main Street
Suite 300
Ann Arbor, MI 48104

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By:   s/ S. Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 17, 2009



# Summons and Complaint Return of Service

Case No. 2:09-cv-12269
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   careeragentnetwork.biz

Date of Service:   June 18, 2009

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

_X_ Other (specify):
Served via electronic mail to compliance.manager@publicdomainregistry.com
Served via facsimile to (+1 320-210-5146)
Served via international overnight with the United States Postal Service to:
Directi Internet Solutions Pvt.Ltd. d/b/a publicdomainregistry.com
P.O. Box 97, Moergestel 5066 ZH, Netherlands

____ Returned unexecuted (reason):

**Service Fees:**   Travel $ 0     Service $ 0     Total $ 0

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Michael S. Khoury

Signature of Server:   /s/Michael S. Khoury

Date:   June 23, 2009

Server's Address:   27777 Franklin Road, Suite 2500
Southfield, Michigan 48034

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Career Agents Network, Inc. | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:09-cv-12269 |
| v. | ) | |
| careeragentsnetwork.biz et al | ) | Hon. Robert H. Cleland |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To: careeragentsnetwork.biz

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joan H. Lowenstein
Jaffe, Raitt,
201 S. Main Street
Suite 300
Ann Arbor, MI 48104

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ S. Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 17, 2009



# Summons and Complaint Return of Service

Case No. 2:09-cv-12269
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:  careeragentsnetwork.biz

Date of Service:  June 18, 2009

## Method of Service

____  Personally served at this address:

____  Left copies at the usual place of abode with (name of person):

_X_   Other (specify):
Served via electronic mail to compliance.manager@publicdomainregistry.com
Served via facsimile to (+1 320-210-5146)
Served via international overnight with the United States Postal Service to:
Directi Internet Solutions Pvt. Ltd. d/b/a publicdomainregistry.com
P.O. Box 97, Moergestel 5066 ZH, Netherlands
____  Returned unexecuted (reason):

**Service Fees:**   Travel $ 0    Service $ 0    Total $ 0

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:  Michael S. Khoury

Signature of Server:  /s/Michael S. Khoury

Date:  June 23, 2009

Server's Address:  27777 Franklin Road, Suite 2500
Southfield, Michigan 48034