# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CAREER AGENTS NETWORK, INC.,

    Plaintiff,

v.                                                Case No. 09-CV-12269

CAREERAGENTSNETWORK.BIZ and
CAREERAGENTNETWORK.BIZ,

    Defendants.
                                                        /

## ORDER SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT

On June 26, 2009, the court conducted a hearing and, for the reasons stated on the record, granted Plaintiff's request for a preliminary injunction order. During the hearing, it became apparent to the court that, despite the fact that they have been validly served, there is a high likelihood that Defendants may not appear and defend against Plaintiff's lawsuit. Plaintiff indicated that, if such were the case, it would pursue a clerk's entry of default and, thereafter, a default judgment. In anticipation of these proceedings,

IT IS ORDERED that any motion for default judgment shall be filed on or before **July 21, 2009**, and any response to such motion shall be filed by **July 28, 2009**. The court will conduct a hearing on the motion for default judgment on **July 29, 2009 at 2:00 p.m.** Plaintiff shall ensure that this order and any motion for default judgment is validly served on Defendants.

                                        S/Robert H. Cleland                              
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: June 30, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 30, 2009, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\09-12269.CAREERAGENTS.DefaultJudgmentHearing.wpd