UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

CAREER AGENTS NETWORK,
INC., a Michigan corporation,

       Plaintiff,

vs.

careeragentsnetwork.biz,
careeragentnetwork.biz, Lawrence R.
White, an individual, and AeroMedia
Marketing, Inc., a Michigan corporation,

       Defendants.

Case No. 2:09-cv-12269

Hon. Robert H. Cleland

_____/

## STIPULATION REGARDING RENEWAL OF DOMAIN NAMES

The parties hereto, through their respective counsel, agree that the Order for Renewal of Domain Names, attached hereto as **Exhibit A**, shall be entered by the Court.

Stipulated by and between:

/s/ Joan H. Lowenstein (with permission)     /s/ Charles E. Clos
**Joan H. Lowenstein (P39422)**     **Charles E. Clos (P43380)**
201 S. Main Street, Suite 300     35551 Ford Road, Suite 100
Ann Arbor, MI 48104     Westland, MI 48185
(734) 222-4776     (734) 326-2101
jlowenstein@jaffelaw.com     cclos@lawyersmichigan.com
mkhoury@jaffelaw.com     wclos@lawyersmichigan.com
Attorneys for Plaintiff     Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

CAREER AGENTS NETWORK,
INC., a Michigan corporation,

        Plaintiff,

vs.

careeragentsnetwork.biz,
careeragentnetwork.biz, Lawrence R.
White, an individual, and AeroMedia
Marketing, Inc., a Michigan corporation,

        Defendants.

Case No. 2:09-cv-12269

Hon. Robert H. Cleland

_____/

## ORDER REGARDING RENEWAL OF DOMAIN NAMES

Pursuant to the Stipulation of the parties, through their respective counsel, with respect to the renewal registration of the Domain Names,

**IT IS HEREBY ORDERED** that the domain name registrar, Direct Information PVT.Ltd. (Direct I), shall remove the Registrar Lock to permit renewal of the Domain Names, to wit:

        careeragentsnetwork.biz
        and
        careeragentnetwork.biz

prior to January 15, 2010.

**IT IS FURTHER ORDERED** that Direct I shall deduct the costs of such renewal from the account of lrw@aeromedia.biz.

**IT IS FURTHER ORDERED** that upon renewal of the Domain Names Direct I shall forthwith impose the Registrar Lock until further order of this Court.

2

**IT IS FURTHER ORDERED** that Defendant, Lawrence R. White, through counsel, shall upon entry serve a copy of this Order upon Direct I and file proof of same with this Court.

**IT IS FURTHER ORDERED** that the renewal of the Domain Names is to preserve the status quo during the pendency of the within litigation.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 9, 2009, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522