**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CAREER AGENTS NETWORK, INC.,

    Plaintiff,

v.                                                    Case No. 09-CV-12269-DT

careeragentsnetwork.biz,
careeragentnetwork.biz,
LAWRENCE R. WHITE, and
AEROMEDIA MARKETING, INC.,

    Defendants.
                                            /

## JUDGMENT

In accordance with the court's February 26, 2010, "Opinion and Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants careeragentsnetwork.biz, careeragentnetwork.biz, LAWRENCE R. WHITE, and AEROMEDIA MARKETING, INC, and against Plaintiff Career Agents Network, Inc.

Dated at Detroit, Michigan, this 26th day of February, 2010.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                    BY: S/Lisa Wagner
                                          Lisa Wagner, Deputy Clerk
                                          and Case Manager to
                                          Judge Robert H. Cleland