UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAREER AGENTS NETWORK, INC.,

    Plaintiff/Appellant,

Case No. 2:09-cv-12269
Hon. Robert H. Cleland

v.

careeragentsnetwork.biz,
careeragentnetwork.biz, LAWRENCE R.
WHITE, and AEROMEDIA MARKETING, INC.,

    Defendants/Appellees.

---

## NOTICE OF APPEAL

Notice is hereby given that Career Agents Network, Inc., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment and Opinion and Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment, both entered in this action on the 26th day of February, 2010.

    Respectfully submitted,

    JAFFE, RAITT, HEUER & WEISS, P.C.

    By: /s/ Joan H. Lowenstein
    Joan H. Lowenstein (P39422)
    Michael S. Khoury (P34413)
    Attorneys for Appellant
    201 S. Main St., Suite 300
    Ann Arbor, Michigan 48104
    (734) 222-4776
    jlowenstein@jaffelaw.com

Dated: March 29, 2010    mkhoury@jaffelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel of record.

/s/ Joan H. Lowenstein
Joan H. Lowenstein (P39422)
Michael S. Khoury (P34413)
Attorneys for Appellant
201 S. Main St., Suite 300
Ann Arbor, Michigan 48104
(734) 222-4776
jlowenstein@jaffelaw.com
mkhoury@jaffelaw.com