UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAREER AGENTS NETWORK, INC.,

    Plaintiff/Appellant,

Case No. 2:09-cv-12269
Hon. Robert H. Cleland

v.

careeragentsnetwork.biz,
careeragentnetwork.biz, LAWRENCE R.
WHITE, and AEROMEDIA MARKETING, INC.,

    Defendants/Appellees.

## NOTICE OF APPEAL

Notice is hereby given that Career Agents Network, Inc., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting in Part and Denying in Part Defendants' Motion for Attorney Fees, entered in this action on the 29th day of June, 2010. The appeal of this Court's February 26, 2010 Judgment is pending in the Court of Appeals as Case No. 10-1440.

    Respectfully submitted,

    JAFFE, RAITT, HEUER & WEISS, P.C.

    By: /s/ Joan H. Lowenstein
    Joan H. Lowenstein (P39422)
    Michael S. Khoury (P34413)
    Attorneys for Appellant
    201 S. Main St., Suite 300
    Ann Arbor, Michigan 48104
    (734) 222-4776
    jlowenstein@jaffelaw.com

Dated: July 28, 2010    mkhoury@jaffelaw.com

1929607.01

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel of record.

/s/ Joan H. Lowenstein
Joan H. Lowenstein (P39422)
Michael S. Khoury (P34413)
Attorneys for Appellant
201 S. Main St., Suite 300
Ann Arbor, Michigan 48104
(734) 222-4776
jlowenstein@jaffelaw.com
mkhoury@jaffelaw.com

1929607.01