Case Nos. 10-1440, 10-1972

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

CAREER AGENTS NETWORK, INC.,

    Plaintiff - Appellant

v.

careeragentsnetwork.biz,
careeragentnetwork.biz,
LAWRENCE R. WHITE and
AEROMEDIA MARKETING, INC.,

    Defendants - Appellees

   In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the cases are dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                  **ENTERED PURSUANT TO RULE 33(d),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: November 22, 2010

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 22, 2010

Mr. Charles Edward Clos

Mr. Lawrence R. Jordan

Mr. Paul Alan Levy

Ms. Joan H. Lowenstein

Mr. Brian G. Shannon

Re: Case Nos. 10-1440 /10-1972
*Career Agents Network, Inc. v. careeragentsnetwork.biz, et al*
Originating Case No. 09-12269

Dear Counsel,

The Court issued the enclosed Order today in these cases.

Sincerely yours,

s/Sue Burlage
Case Manager
Direct Dial No. 513-564-7012

cc: Mr. David J. Weaver

Enclosure

No mandate to issue